IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al., | * |
| Plaintiffs, | * |
| v. | * Civil Action No. B-94-254 |
| U. S. ARMY CORPS OF ENGINEERS, et al., | * |
| Defendants. | * |

## NOTICE OF SATISFACTION OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants herein advise the Court that the terms and obligations imposed under a "Stipulation for Settlement" entered into between the parties while this case was pending on appeal (Fifth Circuit Appeal No. 94-60849) have been fully completed and satisfied.

Attached hereto is a copy of the "Stipulation for Settlement" and a copy of 68 *Fed. Reg.* 57,444 - 57,445 (October 3, 2003). The attachment from the *Federal Register* shows that an Environmental Impact Statement (EIS) concerning the dredging program in the Gulf Intracoastal Waterway in the Laguna Madre was completed and available for review on October 3, 2003. All other terms and obligations having been previously satisfied, the completion of this EIS finally and completely satisfies all the obligations set forth in the "Stipulation for Settlement" entered into between the parties on April 22, 1996.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
Tel:  (956) 548-2554
Fax:  (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing "Notice of Satisfaction of Settlement", was mailed on this the 3rd day of June, 2004 via first class mail, postage pre-paid to the Plaintiffs' attorneys of record at the following address:

Amy R. Johnson
David Frederick
*Henry, Lowerre, Johnson,*
   *Hess & Frederick*
202 West 17th Street
Austin, Texas 78701

NANCY L. MASSO
Assistant United States Attorney

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**U.S. COURT OF APPEALS**
**FILED**
**APR 22 1996**
CHARLES R. FULBRUGE III
CLERK

No. 94-60849

NATIONAL AUDUBON SOCIETY, et al.,

　　　　　　　　　　　　　　　Plaintiffs-Appellants

v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

　　　　　　　　　　　　　　　Defendants-Appellees

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

JOINT MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, plaintiffs-appellants National Audubon Society, et al., and defendants-appellees United States Army Corps of Engineers, et al., respectfully move for voluntary dismissal of this appeal, with prejudice, in accordance with the terms of the attached Stipulation of Settlement.

Respectfully submitted,

_____  
Jonathan F. Klein  
COUNSEL FOR U.S. ARMY CORPS OF  
ENGINEERS, ET AL., APPELLEES  
Attorney, Appellate Section  
Environment & Natural Res. Div.  
U.S. Department of Justice  
P.O. Box 23795  
L'Enfant Plaza Station  
Washington, DC 20026  
(202) 514-1047

Matthew Sanders

_____  
Amy R. Johnson  
COUNSEL FOR NATIONAL AUDUBON  
SOCIETY, ET AL., APPELLANTS  
Henry, Lowerre, Johnson,  
　Hess & Frederick  
202 West 17th Street  
Austin, Texas 78701  
(512) 479-8125

## STIPULATION OF SETTLEMENT

### National Audubon Society, et al., v. U.S. Army Corps of Engineers, et al., 5th Cir. No. 94-60849

The parties have reached a settlement in the above-referenced case. The United States Army Corps of Engineers, et al., Appellees, and the National Audubon Society, et al., Appellants, hereby stipulate and agree to the following:

1. Appellees agree to use their best efforts to complete a Supplemental Environmental Impact Statement (SEIS) for the Corps' maintenance dredging program in the Laguna Madre section of the Gulf Intracoastal Waterway by December 31, 1998.

2. Appellees agree to conduct public scoping for the SEIS consistent with the National Environmental Policy Act and regulations promulgated by the Council on Environmental Quality, and agree that the SEIS will include an evaluation of reasonable alternatives to the proposed action, as well as a no action alternative.

3. Appellees agree to hold a public scoping meeting in Cameron County, Texas, before October 1, 1996.

4. Appellees agree to pay counsel for the Appellants $50,000 for attorney's fees and costs. Payment shall be made no later than May 15, 1996.

-2-

5. Upon execution of this Stipulation of Settlement, the Appellants and Appellees shall file a joint motion to dismiss the appeal, with prejudice.

Respectfully submitted,

For Appellees:

*[signature]*

JONATHAN F. KLEIN
Attorney, Appellate Section
U.S. Department of Justice
Environment & Natural Resources
Division
P.O. Box 23795
L'Enfant Plaza Station
Washington, D.C. 20026
(202) 514-1047

For Appellants:

*[signature]*

AMY R. JOHNSON
Henry, Lowerre, Johnson,
Hess & Frederick
202 West 17th Street
Austin, Texas 78701
(512) 479-8125

NATIONAL AUDUBON SOCIETY, ET AL.,

           Plaintiffs,

NATIONAL AUDUBON SOCIETY, ET AL.,

           Plaintiffs-Appellants,

Versus

U. S. ARMY CORPS OF ENGINEERS, ET AL.,

           Defendants,

U. S. ARMY CORPS OF ENGINEERS and TOGO D. WEST, JR., in his official capacity, Etc.,

           Defendants-Appellees.

No. 94-60849

### ENTRY OF DISMISSAL

Pursuant to the foregoing joint motion of the parties and Rule 42, FRAP, the above referenced appeal was duly entered dismissed this 22nd day of April, 1996.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: Mary Frances Yeager/Deputy Clerk

FOR THE COURT - BY DIRECTION

electronically by the field technicians. The remaining questionnaires listed in Table 1 are administered after each participant is enrolled into the study during the monitoring events. The Participant and housing characteristics questionnaire will require a one-time period of 35 minutes to complete. The Monitoring visit questionnaire will be completed at the conclusion of each monitoring event and takes 10 minutes to complete. The Activity time line will be completed by the participant for three days during the monitoring event (15 minutes to complete multiplied by 3 days of completion equals 45 minutes for the monitoring event per participant). The Indirect ingestion assessment questionnaire will be completed at the conclusion of each monitoring event. It will take 13 minutes to complete. The Food diary and supplemental questionnaire will be completed by the participant. The participant uses this questionnaire to record the foods that are collected for the duplicate diet. The Food diary and supplemental questionnaire will require 10 minutes to complete. The Monthly pesticide purchase and use log will be completed by the participant on a monthly basis. This log is used to record pesticide application and use events in the residence. It will take 5 minutes to complete this log during the month. The Child care center pesticide use questionnaire will be administered to child care center directors for those children who attend child care during the monitoring event. It is anticipated that less than 10% of the participants will attend day care, so this questionnaire will be used infrequently. However, if used, it is administered directly to the center director and takes 10 minutes to complete. The Antimicrobial inventory log is administered once during the study. It is completed by the field technician with the help of the participant and takes 10 minutes to complete. The Antimicrobial use log is completed each month by the participant. This log requires a check mark if the product was used that day. This log will require approximately 1 minute to complete. The Vineland Adaptive Behavioral Scales will be administered during each monitoring event. It will take 20 minutes to complete. Over the course of each four-day monitoring event, the total time burden will be 149 minutes per participant. There are projected to be 60 participants enrolled into the study. The total participant time burden for each monitoring event will be 8940 minutes.

There are no direct participant costs for this data collection. Participants will be reimbursed for the costs of electricity used and food collected. Compensation will be offered to defray the burden associated with participating in this study.

Burden means the total time, effort, or financial resources expended by persons to generate, maintain, retain, or disclose or provide information to or for a Federal agency. This includes the time needed to review instructions; develop, acquire, install, and utilize technology and systems for the purposes of collecting, validating, and verifying information, processing and maintaining information, and disclosing and providing information; adjust the existing ways to comply with any previously applicable instructions and requirements; train personnel to be able to respond to a collection of information; search data sources; complete and review the collection of information; and transmit or otherwise disclose the information.

Dated: September 24, 2003.

**Jewel F. Morris,**

*Acting Director, National Exposure Research Laboratory.*

[FR Doc. 03–25132 Filed 10–2–03; 8:45 am]

**BILLING CODE 6560–50–P**

---

## ENVIRONMENTAL PROTECTION AGENCY

[ER–FRL–6644–3]

### Environmental Impact Statements; Notice of Availability

**RESPONSIBLE AGENCY:** Office of Federal Activities, General Information (202) 564–7167 or *http://www.epa.gov/compliance/nepa/*.

Weekly receipt of Environmental Impact Statements
Filed September 22, 2003 Through September 26, 2003
Pursuant to 40 CFR 1506.9.

*EIS No. 030429,* Draft EIS, FHW, TN, Appalachian Development Highway System Corridor K (Relocated Highway U. S. 64), Improvements from West of the Ocoee River to TN–68 near Ducktown, Funding, U.S. Army Corps Section 10 and 404 Permits, Polk County, TN, Comment Period Ends: January 15, 2004, Contact: Bobby W. Blackmon (615) 781–5770.

*EIS No. 030430,* Final EIS, COE, TX, Gulf Intracoastal Waterway in the Laguna Madre, Maintenance Dredging from the JFK Causeway to the Old Queen Isabella Causeway, Nueces, Kleberg, Kenedy, Willacy and Cameron County, TX, Wait Period Ends: November 3, 2003, Contact: Dr. Terry Roberts (409) 766–3035. This document is available on the Internet at: *http://www.swg.usace.army.mil/*.

*EIS No. 030431,* Final EIS, AFS, NM, Bluewater Ecosystem Management Project, Proposes to Initiate Vegetation Treatments to Restore Ponderosa Pine and Pinon-Juniper Stands to a Desired Condition, Cibola National Forest, Mt. Taylor Ranger District, McKinley and Cibola Counties, NM, Wait Period Ends: November 3, 2003, Contact: Chuck Hagerdon (505) 287–8833.

*EIS No. 030432,* Draft EIS, AFS, OR, Toolbox Fire Recovery Project, Promote the Recovery of the Toolbox Complex Fires of July 2002, Fremont-Winema National Forest, Silver Lake Ranger District, Lake County, OR, Comment Period Ends: November 17, 2003, Contact: Rick Elston (541) 576–7569. This document is available on the Internet at: *http://www.fs.fed.us/r6/winema/management/analyses/toolbox/index.shtm1*.

*EIS No. 030433,* Final EIS, BLM, WY, Snake River Resource Management Plan, BLM-Administered Public Land and Resources Allocation and Management, Snake River, Jackson Hole, Teton County, WY, Wait Period Ends: November 3, 2003, Contact: Walt George (307) 775–6116.

*EIS No. 030434,* Final EIS, AFS, ID, North End Sheep Allotment Management Plan (AMP) Revision, Proposal to Authorize Continued Livestock Use, Caribou-Targhee National Forest, Soda Springs Ranger District, Caribou and Bonneville Counties, ID, Wait Period Ends: November 3, 2003, Contact: Derek Hinckley (208) 547–4356.

*EIS No. 030435,* Draft EIS, BLM, OR, Andrews Management Unit/Steens Mountain Cooperative Management and Protection Area Resource Management Plan, Implementation, Harney and Malheur Counties, OR, Comment Period Ends: December 31, 2003, Contact: Gary Foulkes (541) 573–4541.

*EIS No. 030436,* Final EIS, FRC, NY, St. Lawrence-FDR Hydroelectric Project, Application for New License (Relicense), (FERC No. 200–036), Located on the St. Lawrence River, Messina, NY, Wait Period Ends: November 3, 2003, Contact: Ed Lee (202) 502–6082. This document is available on the Internet at: *http://www.ferc.gov*.

*EIS No. 030437,* Draft EIS, IBR, CA, Pajaro Valley Water Management Agency (PVWMA) Revised Basin Management Plan Project, Connection

of PVWMA Pipeline to the Santa Clara Conduit of the Central Valley Project (CVP), Santa Cruz, Monterey and San Berito Counties, CA, Comment Period Ends: December 2, 2003, Contact: Lynne Silva (559) 487-5807.

EIS No. 030438, Final EIS, FHW, WA, Cross-Base Highway Project (WA-704), New Roadway Construction between I-5 at the Thorne Lane Interchange and WA-7 at 176th Street South Major Investment Study (MIS) and US Army COE Section 404 Permit Issuance, Pierce County, WA, Wait Period Ends: November 14, 2003, Contact: Steve Saxton (360) 753-9411.

EIS No. 030439, Draft EIS, AFS, WY, Blackhall-McAnulty Analysis Area, Proposal to Reduce the Spread of Dwarf Mistletoe and Mountain Pine Beetle in Lodgepole Pine Stands, Brush Creek/ Hayden Ranger District, Medicine Bow-Routt National Forests and Thunder Basin National Grassland, Carbon County, WY, Comment Period Ends: November 17, 2003, Contact: Terry Delay (307) 326-2518. This document is available on the Internet at: http://www.fs.fed.us/mrnf.

EIS No. 030440, Draft EIS, GSA, DC, Southeast Federal Center Development, Land Transfer for Mixed-Use Development of Residences, Offices, Shops, a Waterfront Park and Cultural Amenities, Implementation, DC, Comment Period Ends: November 19, 2003, Contact: Arthur Turowski (202) 708-5891.

EIS No. 030441, Final EIS, AFS, ID, Salmon-Challis National Forest Noxious Weed Management Program, Integrated Series of Weed Treatment and Non-Treatment Practices Implementation, Custer, Lemhi, Butte and Blaine Counties, ID, Wait Period Ends: November 3, 2003, Contact: William Diage (208) 756-5567.

EIS No. 030442, Draft EIS, USA, HI, Transformation of the 2nd Brigade, 25th Infantry Division (Light) to a Stryker Brigade Combat Team in Hawai'i, Implementation, Honolulu and Hawai'i Counties, HI, Comment Period Ends: November 17, 2003, Contact: Cindy Barger (808) 438-4812. This document is available on the Internet at: http://www.sbcteis.com.

EIS No. 030443, Draft EIS, FHW, OH, IN, US-24 Transportation Improvements Project, from Interstate 469 in New Haven, Indiana to Ohio Route 15 in Defiance, Funding, NPDES Permit and US Army COE Section 404 Permit, Westernmost and Allen Counties, IN and Paulding and Defiance Counties, OH, Comment Period Ends: November 21, 2003, Contact: Mark L. Vonder Embse (614) 280-6854.

EIS No. 030444, Final EIS, NRS, OK, Cavalry Creek Watershed Supplemental Plan for Floodwater Retarding Structure No. 6, Washita River Basin, Washita County, OK, Wait Period Ends: November 3, 2003, Contact: M. Darrel Dominick (405) 742-1206.

EIS No. 030445, Final EIS, NPS, MN, Grand Portage National Monument General Management Plan, Implementation, Cook County, MN, Wait Period Ends: November 3, 2003, Contact: Tim Cochrane (218) 387-2788.

EIS No. 030446, Draft Supplement, FTA, NC, South Corridor Downtown Amendment Project, Evaluate a Downtown Portland Mall Light Rail Transit (LRT) Alignment to the I-205 Light Rail Transit Alternative, Funding, Clackamas and Multnomah Counties, OR, Comment Period Ends: November 17, 2003, Contact: Sharon Kelly (503) 797-1756.

EIS No. 030447, Final EIS, SFW, CA, Western Riverside County Multiple Species Habitat Conservation Plan (MSHCP), Implementation, Incidental Take Permits Issuance, Riverside and Orange County, CA, Comment Period Ends: November 3, 2003, Contact: Jim Bartel (760) 431-9440.

EIS No. 030448, Draft EIS, FHW, FL, Indian Street Bridge PD&E Study, New Bridge Crossing of the South Fork of the St. Lucie River County Road 714 (Martin Highway)/SW 36th Street/ Indian Street from Florida's Turnpike to East of Willoughby Boulevard, Martin County, FL, Comment Period Ends: December 1, 2003, Contact: James Mathews (850) 942-9650.

**Amended Notices**

EIS No. 030333, Draft EIS, IBR, CA, Battle Creek Salmon and Steelhead Restoration Project, Restoring Habitat in Battle Creek and Tributaries, License Amendment Issuance, Implementation, Tehama and Shasta Counties, CA, Comment Period Ends: October 16, 2003, Contact: Mary Marshall (916) 978-5248. Revision of FR Notice Published on 7/25/2003: CEQ Comment Period Ending 9/22/2003 has been Extended to 10/16/2003.

Dated: September 22, 2003.

**Ken Mittelholtz,**
*Environmental Protection Specialist, Office of Federal Activities.*
[FR Doc. 03-25139 Filed 10-2-03; 8:45 am]
**BILLING CODE 6560-60-P**

# ENVIRONMENTAL PROTECTION AGENCY

[FRL-7568-2]

**National Advisory Council for Environmental Policy and Technology (NACEPT) Superfund Subcommittee Meeting**

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notification of public advisory NACEPT subcommittee on Superfund; open meeting.

**SUMMARY:** Pursuant to the Federal Advisory Committee Act, Public Law 92-463, notice is hereby given that the Superfund Subcommittee, a subcommittee of the National Advisory Council for Environmental Policy and Technology (NACEPT), will meet on the dates and times described below. The meeting is open to the public. Seating will be on a first-come basis, and limited time will be provided for public comment on each day.

**DATES:** The meeting will be held from 8:30 a.m. to 6 p.m. on November 5, 2003; from 8 a.m. to 6 p.m. on November 6, 2003; and 8 a.m. to 1 p.m. on November 7, 2003.

**ADDRESSES:** The meeting will take place at the Four Points Sheraton Hotel, 1201 K Street, Washington, DC.

**FOR FURTHER INFORMATION CONTACT:** Angelo Carasea, Designated Federal Officer for the NACEPT Superfund Subcommittee, Office of Superfund Remediation and Technology Innovation, Office of Solid Waste and Emergency Response, MC 5204G, 1200 Pennsylvania Ave., NW., Washington, DC, (703) 603-8828.

**SUPPLEMENTARY INFORMATION:**

Agenda

This seventh meeting of the NACEPT Superfund Subcommittee will involve discussion of the latest version of the Subcommittee's draft report. The agenda for the meeting will be available one week prior to the meeting's occurrence.

Public Attendance

The public is welcome to attend all portions of the meeting. Members of the public who plan to file written statements and/or make brief (suggested 5-minute limit) oral statements at the public sessions are encouraged to contact the Designated Federal Official. Each day will have one public comment period.